# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHARLES DAVID LANDAN,
               Appellant,

vs.

MARIA JARAMILLO LANDAN,
               Respondent.

No. 76089

**FILED**

SEP 13 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a post-divorce-decree decision and order. Eighth Judicial District Court, Clark County; Mathew Harter, Judge.

Our initial review of the notice of appeal and documents before this court reveals a jurisdictional defect. Appellant purports to challenge a decision and order entered on May 23, 2018. However, the district court docket sheet indicates that the only order dated May 23, 2018, is a minute order that does not bear the file-stamp of the district court clerk and is not signed by the district court.[1] Such a document is ineffective and cannot be appealed. *See Div. of Child and Family Servs. v. Eighth Judicial Dist. Court*, 120 Nev. 445, 454, 92 P.3d 1239, 1245 (2004) ("[D]ispositional court orders that are not administrative in nature, but deal with the procedural posture or merits of the underlying controversy, must be written, signed, and filed before they become effective."); *Rust v. Clark Cty. Sch. Dist.*, 103 Nev. 686, 689, 747 P.2d 1380, 1382 (1987) ("The district court's oral pronouncement from the bench, the clerk's minute order, and even an

---

[1]It does not appear that any other orders have been entered by the district court in 2018.

unfiled written order are ineffective for any purpose and cannot be appealed."). We thus conclude that we lack jurisdiction over this appeal and we

ORDER this appeal DISMISSED.[2]

_____, C.J.
Douglas

_____, J.          _____, J.
Cherry                                            Parraguirre


cc:     Hon. Mathew Harter, District Judge
        Charles David Landan
        Maria Jaramillo Landan
        Eighth District Court Clerk

---

[2]Given this dismissal, respondent's July 13, 2018, and August 6, 2018, requests for pro bono counsel are denied.